1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INDERPAL SINGH AULAKH, individually and dba SHELL aka PENNYWISE, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01406-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

   WHEREAS, no Defendant has filed an answer or motion for summary judgment;

   WHEREAS, Plaintiff and Defendants have settled the matter;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 23, 2014                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff
                                          Ronald Moore

**ORDER**

Pursuant to Rule 41 and good cause appearing, this action is dismissed with prejudice in its entirety and the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   October 23, 2014

_____
SENIOR DISTRICT JUDGE